UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY ____ M/____

05 APR -4  AM 7: 49

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D OF TN, MEMPHIS

*Robert R. Di Trolio, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U. S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee 38301*
*(901) 495-1200*  *(731) 421-9200*

## NOTICE OF SETTING
### Before Judge S. Thomas Anderson, United States Magistrate Judge

April 1, 2005

RE:   2:04cr20392-1-Ma
      *USA -v- DELOIS HARRIS (c)*

Dear Sir/Madam:

A(n) **ARRAIGNMENT** has been **SET** before **Magistrate Judge S. Thomas Anderson on WEDNESDAY, APRIL 6, 2005** at **10:00 A.M. in Courtroom M-3, 9th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,

ROBERT R. DI TROLIO, CLERK

BY: *Wendy Warren*
Wendy Warren, Case Manager
901-495-1218



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:04-CR-20392 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT