IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

DELOIS HARRIS                                    04cr20392-1-Ma

---

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
### UNDER THE SPEEDY TRIAL ACT

---

The defendant has this day notified the Court that she is attempting to obtain private counsel to represent her in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

It is therefore ORDERED that the time period of _4/20/05_ through _5/4/05_ be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

ARRAIGNMENT IS RESET TO WEDNESDAY, _May 4_, 2005 AT 10:00 A.M. BEFORE MAGISTRATE JUDGE _S. Thomas Anderson_.

This _20_ day of _April_, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4-21-05_

73

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:04-CR-20392 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT