FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE   05 MAY 17 AM 9: 47
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

**v.**

**04-20392-01-Ma**

**DELOIS HARRIS**

---

### ORDER ON ARRAIGNMENT

---

This cause came to be heard on _____ 5/4/5 _____, the United States Attorney
for this district appeared on behalf of the government, and the defendant appeared in person and with
counsel:

NAME _____ CHARLES WALDMAN _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause
shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner)
(being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:1343 & 2; 18:1341 & 2; 18:1028 & 2; 18:1029 & 2;

U. S. Attorney assigned to Case: C. McMullen

Age: N/A

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5·17-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in
case 2:04-CR-20392 was distributed by fax, mail, or direct printing on
May 17, 2005 to the parties listed.

---

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Samuel Mays
US DISTRICT COURT